# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF WEST VIRGINIA

**Cheryl Dean Riley**          **OFFICE OF THE CLERK OF COURT**          **Stephanie Hainer Ojeda**
**Clerk of Court**                   **POST OFFICE BOX 471**                   **Chief Deputy Clerk**
                              **WHEELING, WEST VIRGINIA 26003**
                                      **(304) 232-0011**
                              **Facsimile (304) 233-2185**

August 1, 2024

US Court of Appeals for the Fourth Circuit
Attn:  Cyndi Halupa, Deputy Clerk
Lewis F. Powell, Jr. US Courthouse Annex
1100 East Main Street, Suite 501
Richmond, VA 23219-3517

     Re:    USA v. Price Patterson
            1:22-cr-00082-TSK-MJA

Dear Ms. Halupa:

The court is in receipt of the Supplemental Record Request in the above matter. Please be advised that the District Court is not in possession of the requested state court records.

If further information is required concerning those records, please contact the U.S. Probation Office.  Their telephone number is (304) 624-5504.

Thank you for your time and attention to this matter.

                  CHERYL DEAN RILEY
                  Clerk of Court

                  By:  __/s/ D. Kinsey, Deputy Clerk__

500 West Pike Street, Room 301      P.O. Box 1518      217 W. King Street, Room 102
Clarksburg, WV 26302      Elkins, WV 26241      Martinsburg, WV 25401
(304) 622-8513      (304) 636-1445      (304) 267-8225